# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
Urbana Division

| | |
|---|---|
| **JULIE A. CONTI,** | |
| **Plaintiff,** | |
| v. | Case No. 18-2282 |
| **RIVERSIDE MEDICAL CENTER et al.,** | |
| **Defendants.** | |

## REPORT & RECOMMENDATION

On May 8, 2019, the Court entered an Order to Show Cause (#4), giving Plaintiff fourteen days to show cause as to why this matter should not be dismissed. As of the date of this Report and Recommendation, Plaintiff has not responded to the Court's Order to Show Cause.

Plaintiff filed her Complaint (#1) on October 29, 2018. On November 14, 2018, Plaintiff's counsel filed a Certificate of Service (#2) verifying that he mailed a Notice of Lawsuit and Request to Waive Service of Summons to each named Defendant. Defendants did not return the waivers of service, and there is no showing that Plaintiff has served Defendants.

Accordingly, the Court recommends that this case be dismissed.

The parties are advised that any objection to this recommendation must be filed in writing with the clerk within 14 days after being served with a copy of this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1). Failure to object will constitute a waiver of objections on appeal. *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986).

ENTERED this 28th day of May, 2019.

s/ERIC I. LONG
UNITED STATES MAGISTRATE JUDGE